# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | | |
|---|---|---|
| **VIRGINIA KERLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CASE NO. 5:10CV-49-R |
| | ) | |
| **KOHL'S DEPARTMENT STORES, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

\*\*\* \*\*\* \*\*\*

## NOTICE OF REMOVAL OF A CIVIL ACTION

The Defendant, **Kohl's Department Stores, Inc., ("Kohl's")** a Delaware Corporation, pursuant to United States Code Title 28, §§ 1331, 1332(a)(1), and 1446, notifies this Court that this civil action has been removed from the McCracken Circuit Court, Division Two (2), in Paducah, McCracken County, Kentucky, to the United States District Court for the Western District of Kentucky, Paducah Division. In support of said Notice, **Kohl's** states:

1. On or about February 12, 2010, the Plaintiff, **Virginia Kerley**, filed in the McCracken Circuit Court of Kentucky, under case no. 10-CI-00154, a Civil Complaint naming **Kohl's** as Defendant.

2. A Summons and Complaint were served on CT Corporation System, agent for service of process for the Defendant, **Kohl's**, on or about February 16, 2010 by certified mail. A true and exact copy of the Summons and Complaint received by CT Corporation System is attached hereto and incorporated herein as Exhibit "A", as if set

forth verbatim. No other process, pleadings or orders have been served upon the Defendant, **Kohl's**.

3. The Complaint alleges disability discrimination by the Defendant, **Kohl's**, in terminating the employment of the Plaintiff.

4. As alleged in her Complaint, Plaintiff is a resident of and citizen of the State of Illinois.

5. As alleged in the Complaint, **Kohl's** is a foreign corporation doing business in Paducah, McCracken County, Kentucky; **Kohl's** was incorporated in accordance with the laws of the State of Delaware and its principle place of business is located in Menomonee Falls, Wisconsin. **Kohl's** is a resident of and citizen of the State of Wisconsin.

6. As alleged in her Complaint, complete diversity of citizenship exists between the Plaintiff and the Defendant.

7. As alleged in her Complaint, the amount in controversy which the Plaintiff is seeking to recover is in excess of $75,000.00, exclusive of interest and costs.

8. This action is removable under 28 USC § 1441(b), in that this honorable Court would have had original jurisdiction over this matter pursuant to 28 USC § 1332, relating to diversity of citizenship and an amount in controversy exceeding $75,000.00, exclusive of interest and costs.

9. This Notice of Removal is being filed within thirty (30) days after receipt of service of the initial pleading.

10. Venue is proper in the United States District Court for the Western District of Kentucky pursuant to 28 USC § 1391(a), in that the cause of action, if any, arose in this district and the Defendant is subject to personal jurisdiction within this district.

11. In that the cause of action pled by the Plaintiff arose from her employment relationship with the Defendant within McCracken County, Kentucky, the United States District Court for the Western District of Kentucky, Paducah Division, should be assigned this action pursuant to LR 3.1(b)(4) and 3.2(b).

WHEREFORE, the Defendant, **Kohl's Department Stores, Inc.**, notifies this Court that this cause was removed from the McCracken Circuit Court, Division Two (2), to the United States District Court for the Western District of Kentucky, Paducah Division, pursuant to the provisions of 28 USC §§ 1331, 1332 and 1446.

Respectfully Submitted,

__s/W. David Kiser_____
W. David Kiser
ACKERSON & YANN, PLLC
One Riverfront Plaza
401 W. Main Street, Suite 1200
Louisville, Kentucky 40202
(502) 583-7400

*Counsel for Defendant*
*Kohl's Department Stores, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of the foregoing Notice of Removal was served upon the following Counsel by mailing a copy by First Class U.S. Mail, this 8th day of March, 2010:

Bryan M. Cassis
1800 Kentucky Home Life Building
239 S. Fifth Street
Louisville, Kentucky 40202

*Counsel for the Plaintiff*
*Virginia Kerley*

The undersigned attorney hereby certifies that a copy of the foregoing Notice of Removal was served by First Class U. S. Mail on the 8th day of March, 2010 with:

Hon. Glenda Ransom
McCracken Circuit Court Clerk
McCracken County Courthouse
P.O. Box 1455
Paducah, Kentucky 42002-1455

__s/W. David Kiser_____
W. David Kiser