## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **VIRGINIA KERLEY,** )<br>)<br>   **Plaintiff,**  )<br>)<br>vs.                  )<br>)<br>**KOHL'S DEPARTMENT** )<br>**STORES, INC.** )<br>)<br>   **Defendant.** ) | Case No. 5:10-CV-49-R |

### AGREED ORDER DISMISSING SETTLED

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

This matter having come before the Court on the agreement of the Plaintiff, Virginia Kerley, by counsel, and the Defendant, Kohl's Department Stores, Inc., by counsel, and the Court being otherwise sufficiently advised,

IT IS HEREBY AGREED, ORDERED AND ADJUDGED, that the within proceeding be, and it is hereby dismissed settled, with prejudice, the parties having entered into an agreement resolving all issues and/or controversies raised within this action.  Each party shall pay its/her own costs.

_____
Thomas B. Russell, Chief Judge

_____
Date

HAVE SEEN AND AGREED:

  s/Bryan M. Cassis
Bryan M. Cassis, Esq.
1800 Kentucky Home Life Building
239 S. Fifth Street
Louisville, Kentucky 40202
*Counsel for Plaintiff, Virginia Kerley*

　s/W. David Kiser　　
W. David Kiser
ACKERSON & YANN, PLLC
One Riverfront Plaza
401 W. Main Street, Suite 1200
Louisville, Kentucky 40202
*Counsel for Defendant,*
*Kohl's Department Stores, Inc.*